[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 5, 2008
THOMAS K. KAHN
CLERK

No. 06-15150
_____

D. C. Docket No. 04-22093-CV-AJ

BRENDAN CASEY,

Plaintiff-Appellee,

versus

CITY OF MIAMI BEACH,
a municipal corporation,

Defendant,

PATRICK QUINLAN,
ROBERT SILVAGNI,
SAMUEL GAM, Sgt.,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(February 5, 2008)**

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Upon consideration of oral argument, the parties' briefs, and the record, we affirm for the reasons set forth in the district court's well-reasoned opinion of August 21, 2006.

**AFFIRMED**.